UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TEREETHA SEARIGHT, | : | CASE NO. 17-31846-DHW |
| Debtors. | : | |
| | : | CONTESTED MATTER |
| | : | |

OBJECTION TO CONFIRMATION

COMES NOW W.S. BADCOCK CORPORATION, and respectfully shows the Court the following:

1.

Debtor filed this Chapter 13 case in the Middle District of Alabama, Montgomery Division.

2.

Movant has claim in the amount of $2,510.34, secured by a PMSI on Household Goods, as more specifically described in the previously filed proof of claim.

3.

Debtor plan does not provide for the Movant's claim. The $2,510.34 claim amount is not subject to valuation as all the merchandise was purchased less than 365 days before the instant case was filed. The Movant is entitled to contractual interest rate and monthly payments. The Movant requests the Debtor in good faith, makes timely and complete plan payments to the trustee. The Movant is not adequately protected.

WHEREFORE, the Movant prays that a hearing be scheduled in this matter and that confirmation in this case be Denied, and for whatever other relief this Court deems just and proper.

Respectfully submitted,

 /s/        Paul Knighten_____
Paul Knighten, AL Bar No. KNI017
Knighten Law Firm
P.O. Box 2108
Atlanta, GA 30301
404-589-1832
paul@knightenlawfirm.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the within and foregoing matter with a copy of the attached Objection to Confirmation by depositing a copy of the same in the United States Mail, postage prepaid, addressed as follows:

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

Tereetha Searight
233 Od Creek Road
Montgomery, AL 36117

This 28th day of August, 2017.

 /s/        Paul R. Knighten
Paul R. Knighten, AL Bar No. KNI017