UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: TEREETHA SEARIGHT  
233 OLD CREEK RD  
MONTGOMERY, AL 36117

CASE NO: 17-31846-DHW

Soc. Sec. No. XXX-XX-3230  
Debtor.

**AMENDED**  
**INCOME WITHHOLDING ORDER**

TO: LEAR OPERATIONS CORPORATION  
ATTN PAYROLL  
21557 TELEGRAPH RD  
SOUTHFIELD, MI 48034

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that LEAR OPERATIONS CORPORATION withhold from the wages, earnings, or other income of this debtor the sum of **$216.00 WEEKLY** and remit all such funds withheld to:

**CHAPTER 13 TRUSTEE**  
**17-31846-DHW TEREETHA SEARIGHT**  
**P O BOX 613108**  
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, December 18, 2017.

cc: Debtor  
Debtor's Attorney

*/s/ Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge